ACCEPTED
03-15-00398-CR
8250821
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 4:18:50 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00398-CR

## COURT OF APPEALS
## FOR THE
## AUSTIN SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 4:18:50 PM
JEFFREY D. KYLE
Clerk

---

GARY LEE GRIFFIN,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

---

APPEAL FROM
THE 22ND JUDICIAL DISTRICT COURT
HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. CR-14-0432

---

## FIRST MOTION FOR EXTENSION
## OF TIME IN WHICH TO FILE STATE'S BRIEF

---

Jennifer Stalbaum
Assistant Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24079383
jennifer.stalbaum@co.hays.tx.us
Attorney for the State of Texas

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

The State files this *First Motion for Extension of Time in Which to File State's Brief,* and in support states:

1.  The State's current deadline for filing its brief is December 21, 2015.

2.  This is the State's first request for an extension of time in which to file its brief.

3.  The State respectfully requests an extension of approximately sixty days, until February 19, 2016 in which to file its brief.

4.  Good cause exists for the State's request for extension of time in which to file its brief. The attorney of record will be on vacation for a portion of December 2015 and is currently the prosecutor in several felony jury trials set in January 2016.

5.  These circumstances have significantly delayed the completion of this brief.

6.  This extension is not being sought to cause undue delay, but to seek justice.

7.  For the foregoing reasons, the State respectfully requests that the Court grant an approximate sixty day extension for filing Appellee's Brief, until February 19, 2016.

Respectfully submitted,

_Jennifer Stalbaum_

Jennifer Stalbaum
Assistant Criminal District Attorney
Hays County Government Center
712 South Stagecoach Trail, Ste. 2057
San Marcos, Texas, 78666
Tel: 512-393-7600
Jennifer.stalbaum@co.hays.tx.us
State Bar No. 24079383
Attorney for the State of Texas

## CERTIFICATE OF SERVICE

I certify that on _December 15_, 2015, I served the above motion by email to Richard E. Wetzel at wetzel_law@1411west.com, in accordance with the Texas Rules of Appellate Procedure.

_Jennifer Stalbaum_

Jennifer Stalbaum
Assistant Criminal District Attorney